# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**MICHELE L. SCHAENING,**

    **Plaintiff,**

                                                                   **Case No. 19-CV-1908**

**v.**

**ANDREW SAUL,**
**Commissioner for Social Security,**

    **Defendant.**

## O R D E R

This matter is before the Court on the parties' Stipulated Motion For Remand For Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a new hearing; proceed through the sequential disability evaluation process as appropriate; assess the degree to which Plaintiff has limitations interacting with coworkers and supervisors, as appropriate; obtain

supplemental vocational expert testimony if warranted; and issue a new decision.

Dated at Milwaukee, Wisconsin this 22nd day of July, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge